AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED
AUG 2 2 2014
David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Mary Estefana CURLOTT<br>A206 777 278  United States | Case Number: B-14- 776-MJ |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 20, 2014** in **Kenedy** County, in the **Southern District Of Texas** defendant(s) knowingly, willfully, and in reckless disregard of the fact that one (1) undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On August 20, 2014 at approximately 4:30 p.m. agents assigned to the Sarita, Texas Border Patrol Checkpoint conducted an immigration inspection on a black 2002 Chevrolet Tracker.  The driver, later identified as Mary Estefana CURLOTTt identified herself as a United States citizen.  She was accompanied by three other subjects, to include two United States minors and one adult male, a citizen of Mexico.  The agent was unable to obtain answers for standard immigration questions from the adult male on the front seat and referred the vehicle to the secondary inspection area.  In the secondary inspection area, the two minor USC's were determined to be her grandchildren and the adult male passenger was determined to be an undocumented immigrant from the country of Mexico.  Through further investigation, it was determined that Mary Estefana CURLOTT was the principal in the smuggling scheme of the undocumented immigrant.  In addition, CURLOTT admitted that she knew the individual was illegally in the United States and that she was participating in the smuggling attempt for monetary gain.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

/S/ Paez, Aaron  Border Patrol Agent
Signature of Complainant

Paez, Aaron    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 22, 2014                                           at    Brownsville, Texas
Date                                                              City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                  Title of Judge                  Signature of Judge